# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MICHAEL A. GIBSON; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-06474

Sheriff's Sale Date: _____

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHAEL A. GIBSON the above process on the 22 day of February, 2017, at 10:45 o'clock, AM, at 8529 MICHENER AVE PHILADELPHIA, PA 19150, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ )
                              ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _24_ day of _Jul_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-160056
Case ID #: 4819237

PC01 Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5898-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800732781<br>9171999991703800732781 | MICHAEL A. GIBSON<br>8529 Michener Ave<br>Philadelphia, PA 19150 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 0.93<br>0.93 | 4.85<br>4.85 | | | 5.78<br>5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received _____



_____
Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C    Certified
ERR  Return Receipt

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD   ☐ Registered<br>☐ Delivery Confirmation   ☐ Return Receipt for Merchandise<br>☐ Express Mail   ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | |
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | | | | | | U.S. POSTAGE ≫ PITNEY BOWES<br>$ 001.35⁰<br>ZIP 19106<br>02 1W<br>0001391829 FEB 21 2017 | | | | | | |
| 3. | MICHAEL GIBSON<br>MICHAEL A. GIBSON<br>8529 Michener Ave<br>Philadelphia, PA 19150 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender    Total Number of Pieces Received at Post Office    Postmaster, Per (Name of receiving employee)    Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

USA-160056   Philadelphia County   Sale Date:

MICHAEL A. GIBSON

PCO - Back to Brithni Avgushn